**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2011 MAR 24 A 10: 41

**In the Matter of the Application for a Search Warrant for Computer servers at Yahoo!, Inc., an email provider, headquartered at 701 First Avenue, Sunnyvale, CA 94089**

**1:11-mj-24**
**UNDER SEAL - LEVEL I**

SEALED DOCUMENT

**18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER**

The Court, having considered the Motion filed by the government seeking an Order precluding Yahoo!, Inc. ("Yahoo") from notifying any person of the existence of the Search Warrant pertaining the three e-mail accounts **iulyvip@yahoo.com, iuly_vip@yahoo.com, and r_florinus@yahoo.com,** finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days.

March 24, 2011

Landya B. McCafferty
United States magistrate Judge